# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

IN RE:                                              CASE NO. 09-32264

**Robert E. Artis**

DEBTOR(S)                                           CHAPTER 13

## ORDER DISMISSING CHAPTER 13 CASE

____    The debtor has filed a motion in accordance with 11 U.S.C. § 1307(b) seeking to dismiss this case, and it appears that the case has not been converted previously under 11 U.S.C. § 706 or § 1112.

__X__   A party in interest, (the Chapter 13 Trustee), other than the debtor has filed a motion in accordance with 11 U.S.C. § 1307(c) seeking to dismiss the case. The court finds, after notice and a hearing, that the motion should be granted without prejudice.

**IT IS ORDERED THAT:**

1. This chapter 13 case is dismissed.

2. The trustee shall file a final accounting under chapter 13 within 90 days from the date of this order.

3. The Order of   n/a          directing       n/a
   to make periodic payments made to the trustee is rescinded and future payments of wages should be made without such deductions.

Dated: December 17, 2009                            BY THE COURT

                                                    *Lorraine Murphy Weil*
                                                    Lorraine Murphy Weil
                                                    United States Bankruptcy Judge